IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02138-MSK-KLM

XCEL ENERGY, INC., a Minnesota corporation,

    Plaintiff,

v.

AARON INVESTMENT COMPANY, INC., a Delaware corporation; and
AARON'S, INC., a Georgia corporation,

    Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter.

The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 26th day of August, 2013.

    BY THE COURT:

    *Marcia S. Krieger*
    _____
    Marcia S. Krieger
    United States District Court